# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SANTOSH REDDY MANNEY, et al.** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-760 |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY** | : | |
| | : | |

# ORDER

This 30th day of May, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' Motion for a Preliminary Injunction (ECF 10) is **DENIED**.

Accrual of time under 8 U.S.C § 1182(a)(9)(B)(i)(I) remains tolled until June 30, 2024, and resumes running as of July 1, 2024.

/s/ Gerald Austin McHugh
United States District Judge