## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SANTOSH REDDY MANNEY, et al.** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-760 |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY** | : | |
| | : | |

### ORDER

This 29th day of May, 2025, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' Motion for Summary Judgment (ECF 24) is **DENIED** and Defendant's Cross Motion (ECF 31) is **GRANTED**.

The Clerk of Court is **REQUESTED** to mark this case closed for administrative purposes.

/s/ Gerald Austin McHugh
United States District Judge